# EXHIBIT 1- Complaint

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-329-189**

**Effective Date of Registration:**
October 03, 2022
**Registration Decision Date:**
November 30, 2022

## Title

**Title of Work:** Beginners Studio Template

**Series Title:** Aquabeads

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 21, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** EPOCH COMPANY, LTD.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Japan

## Copyright Claimant

**Copyright Claimant:** EPOCH COMPANY, LTD.
2-2, 2-Chome, Komagata, Taito-ku, Tokyo, 111-8618, Japan

## Certification

**Name:** Kumiko Ide
**Date:** September 30, 2022
**Applicant's Tracking Number:** CP22-0095

---

**Copyright Office notes:** Basis for Registration: A Unit of Publication, which extends to only each individual copyrightable work in the UOP. 17 USC 410(a) and 37 CFR 202.3(b)

(4)(i)(A).

表面

①



© EPOCH

表面

②



© EPOCH

背面

③



© EPOCH

背面

④



© EPOCH